UNITED STATES SUGAR
CORPORATION,
Petitioner

v.

ENVIRONMENTAL PROTECTION
AGENCY, Respondent

American Chemistry Council,
et al., Intervenors

American Chemistry Council,
Petitioner

v.

Environmental Protection
Agency, Respondent

American Forest & Paper Association,
et al., Intervenors

No. 11-1108
Consolidated with 11-1124, 11-1134, 11-1142, 11-1145, 11-1159, 11-1165, 11-1172, 11-1174, 11-1181, 13-1086, 13-1087, 13-1091, 13-1092, 13-1096, 13-1097, 13-1098, 13-1099, 13-1100, 13-1103
No. 11-1141
Consolidated with 11-1182, 11-1207, 11-1208, 13-1105, 13-1107
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed On: December 23, 2016

Timothy S. Bishop, Chad Matthew Clamage, Mayer Brown LLP, Chicago, IL, for Petitioner (Case No. 11-1108).

Norman Louis Rave, Jr., Perry M. Rosen, John Charles Cruden, Assistant Attorney General, Sam Hirsch, U.S. Department of Justice (DOJ), Environment and Natural Resources Division, Madeline Paradise Fleisher, Hogan Lovells US LLP, Washington, DC, for Respondent (Case No. 11-1108).

David M. Friedland, Beveridge & Diamond, P.C., Claudia M. O'Brien, Stacey Lynn VanBelleghem, Latham & Watkins LLP, William L. Wehrum, Jr., Charles Howland Knauss, Esquire, Lauren Elizabeth Freeman, Makram B. Jaber, Hunton & Williams LLP, Jeffrey A. Knight, Peter H. Wyckoff, Pillsbury Winthrop Shaw Pittman LLP, Harry Moy Ng, John P. Wagner, Senior Attorney, American Petroleum Institute, Lisa Marie Jaeger, Bracewell LLP, James Samuel Pew, Neil Gormley, Attorney, Earthjustice, Quentin Riegel, Deputy General Counsel, National Association of Manufacturers, Washington, DC, William F. Lane, Esquire, Alan Holmes McConnell, Kilpatrick Townsend & Stockton LLP, Raleigh, NC, Allen A. Kacenjar, Jr., Esquire, Douglas A. McWilliams, Esquire, Squire Patton Boggs (US) LLP, Cleveland, OH, Shannon S. Broome, Esquire, Attorney, Hunton & Williams LLP, Hunton & Williams LLP, San Francisco, CA, Ronald A. Shipley, Law Office of Ronald A. Shipley, Damascus, MD, Larry Benton Alexander, Esquire, Jones, Foster, Johnston, & Stubbs, P.A., West Plam Beach, FL, Carol F. McCabe, Esquire, Michael Dillon, Attorney, Suzanne Ilene Schiller, Esquire, Manko, Gold, Katcher & Fox, LLP, Bala Cynwyd, PA, for Intervenors for Respondent (Case No. 11-1108).

David M. Friedland, Beveridge & Diamond, P.C., Leslie A. Hulse, American Chemistry Council, Washington, DC, for Petitioner (Case No. 11-1141).

Madeline Paradise Fleisher, Hogan Lovells US LLP, Norman Louis Rave, Jr., Perry M. Rosen, U.S. Department of Justice (DOJ), Environment and Natural Resources Division, Washington, DC, for Respondent (Case No. 11-1141).

William L. Wehrum, Jr., Hunton & Williams LLP, Neil Gormley, Attorney, James Samuel Pew, Earthjustice, Pamela A. Lacey, American Gas Association, William Pedersen, Nidhi J. Thakar, Esquire, Perkins Coie LLP, Jeffrey A. Knight, Peter H. Wyckoff, Pillsbury Winthrop Shaw Pittman LLP, Harry Moy Ng, John P. Wagner, Senior Attorney, American Petroleum Institute, Robin S. Conrad, Esquire, Partner, Dentons US LLP, Quentin Riegel, Deputy General Counsel, National Association of Manufacturers, Lisa Marie Jaeger, Bracewell LLP, James Watson Conrad, Jr., Conrad Law & Policy Counsel, Washington, DC, William F. Lane, Esquire, Kilpatrick Townsend & Stockton LLP, Raleigh, NC, for Intervenors for Respondent, Movant-Intervenor (Case No. 11-1141).

BEFORE: Garland*, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett*, Pillard, and Wilkins, Circuit Judges

* Chief Judge Garland and Circuit Judge Millett

## ORDER

Per Curiam

Upon consideration of the petitions of Louisiana Environmental Action Network, Sierra Club, Clean Air Council, Partnership for Policy Integrity, and Environmental Integrity Project for rehearing en banc filed in Nos. 11–1108, et al. and 11-1141, et al., the petition of American Municipal Power, Inc. for rehearing en banc filed in No. 11–1108, et al., and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petitions be denied.

did not participate in this matter.